# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D2023-3118
LT Case No. 2022-CF-000985-A

_____

RAKIM LAMAR BLOUNT,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____


On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Rakim Lamar Blount, Defuniak Springs, pro se.

Ashley Moody, Attorney General, Tallahassee, and Pamela J.
Koller, Assistant Attorney General, Daytona Beach, for Appellee.

November 26, 2024


PER CURIAM.

    AFFIRMED. *See Boyd v. State*, 336 So. 3d 838 (Fla. 5th DCA
2022) ("requiring summary affirmance when appeal does not
present legally dispositive issue expressly reserved for appellate
review" (citing *Leonard v. State*, 760 So. 2d 114, 119 (Fla.
2000))).

JAY, BOATWRIGHT, and MacIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____